MICHAEL REDMOND, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Redmond* v. *City of New York,* 92 App. Div. 622, affirmed.
(Argued October 11, 1904; decided October 25, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

14, 1904, affirming a judgment in favor of plaintiff for part of amount claimed, entered upon a verdict directed by the court.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: BARTLETT, J.